UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>STEVEN LOPEZ RUIZ,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:22-CR-00042-LK<br><br>ORDER CONTINUING SENTENCING |

This matter comes before the Court on Defendant Steven Lopez Ruiz's Agreed Motion to Continue Sentencing. Dkt. No. 89. On September 27, 2022, the Court accepted Mr. Ruiz's plea of guilty to the charges contained in Counts 5 and 7 of the Indictment, and to the lesser-included offense of that charged in Count 6 of the Indictment (in violation of Title 18, United States Code, Section 841(b)(1)(C)). Dkt. No. 71 at 1. Sentencing is set for December 14, 2022. Dkt. No. 66.

Mr. Ruiz asks the Court to continue sentencing to April 5, 2023 "to give [him] an opportunity to review the presentence report with counsel, formulate suggested additions and revisions, draft defense exhibits and letters, . . . prepare for the hearing," and "talk with counsel in-person about sentencing issues." Dkt. No. 89 at 3. Although the Court generally "must impose

ORDER CONTINUING SENTENCING - 1

sentence without unnecessary delay," it may, for "good cause," deviate from the time limits prescribed by the Federal Rules of Criminal Procedure. *See* Fed. R. Crim. P. 32(b); *accord United States v. Firestack-Harvey*, No. 13-CR-0024-TOR, 2015 WL 3533222, at *3 (E.D. Wash. June 4, 2015) (staying sentencing to allow parties adequate time to prepare). And the Local Rules expressly contemplate a sentencing continuance "based on the need for more time." LCrR 32(i)(1)(B). Here, Mr. Ruiz has demonstrated good cause for additional time to give him the opportunity to conduct the tasks listed above. The Court finds that the interests of the public and the defendant in an immediate sentencing in this case are outweighed by the ends of justice.

Finding good cause, the Court CONTINUES sentencing to April 5, 2023 at 1:30 p.m.

Dated this 23rd day of November, 2022.

*Lauren King*
Lauren King
United States District Judge